## Exhibit A to the Complaint

**Location:** Lakewood, CO  
**Total Works Infringed:** 29

**IP Address:** 174.51.251.81  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A35EA55D1D295E1A479688FBB16A75B915DC9659<br>File Hash: E8AC36D8F4402CB36A4EA90D94641450BE2C380EBBFB66367EDFD7B63FED1F27 | 06-04-2023 18:08:36 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 2 | Info Hash: C1E31CFBCF9E38DB7DDDFEB96F43FB51106C482E<br>File Hash: E36D3F6FC2365B6E4F651F566D891D0C421E3A8936A2385C24543B8D7C785B2D | 03-24-2023 19:47:57 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 3 | Info Hash: 0D87446DB97EF2FC6269CD2D8D8C05AB9C213CD4<br>File Hash: 2C4AEA6CC6ED510D130DCB3785C8440BF7750426EC7F190AC9A0CF5655A7E3A9 | 03-24-2023 18:47:14 | Vixen | 01-09-2019 | 02-02-2019 | PA0002155377 |
| 4 | Info Hash: F29FB427E07BFCD850C0DF7DB1EDB5BE24C0267F<br>File Hash: A3D700E02B72B0C705B3B957FA90E83F1AFB65BE85F5C435AE5DFF3F2D03250B | 10-06-2022 14:31:16 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 5 | Info Hash: 8AA35B136BAD524ABE532FF7416DCBEDF3D5C782<br>File Hash: 8F198D597802DA68E34FA5BCF8D9F4B9EAC2F19B1E474F1898480231B0458C0D | 09-15-2022 18:06:46 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |
| 6 | Info Hash: D5C155EE50EC64536373810D1D2B41605132D121<br>File Hash: B0F00154F0F6120DDE1D9C39C0EA8B289F5981D6E701047EB73F4D2ABBB2E874 | 09-15-2022 15:05:09 | Blacked | 12-06-2018 | 12-18-2018 | PA0002141921 |
| 7 | Info Hash: DBD3DB201DB995546F42FA35313877F9368F6C53<br>File Hash: 24023112C2E71082FD67CBC08B004A98D83CB8004AAF7DD50C4F0389FD712EF5 | 01-13-2022 20:46:52 | Vixen | 12-10-2021 | 03-04-2022 | PA0002345787 |
| 8 | Info Hash: 634268CAEBB1D79DD97EA42DD3BE2D2656797C22<br>File Hash: CBDDAF90046321F70E4D201793A9A5D45CE7E07DA918561654C82628879A8D02 | 01-13-2022 16:04:48 | Vixen | 01-07-2022 | 01-17-2022 | PA0002330115 |
| 9 | Info Hash: B7D7404BE05F28855D25697F8143AE2E027DBCF9<br>File Hash: 25E0B3C5A1DFCA83831090BAE69AD1CD4E6C03C74D45979CC1E0A879B366C42A | 01-13-2022 16:03:31 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 10 | Info Hash: B8C33BEF27C9DFD06D6E0556DC5B3D9282FC0A37<br>File Hash: 073D8FF5CB20C1D9AB6C6B9EDDE2330EF2B230D15B943D9DCB826B48344F6999 | 10-19-2021 21:25:03 | Vixen | 08-27-2018 | 10-16-2018 | PA0002127789 |
| 11 | Info Hash: 658C5AA3CE17F8F7F1D15705268C5370113D1518<br>File Hash: BFED96E80C9327F11620746784804FFEEE5C7DBA5E466DCEA79FD132C384C5A9 | 09-29-2021 20:49:03 | Blacked Raw | 11-08-2018 | 12-10-2018 | PA0002145833 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: A15FC99B9F8ABCFDEFD64D9D4C54B77F20540AB7<br>File Hash: C19045C49F291D1E9EF59A6E0F7A04E289FD4F9E873ADDD2D22008C397548C2C | 06-02-2021 02:51:08 | Blacked Raw | 03-23-2019 | 04-08-2019 | PA0002164877 |
| 13 | Info Hash: 11A8FCC8774BBD3FF52733C0AADEE0C0514F6900<br>File Hash: 1FC470A1E68D58D723740D8243001D292DA4B68AB8EB29321277D0FF29329BF9 | 06-01-2021 01:44:18 | Blacked Raw | 04-12-2019 | 05-11-2019 | PA0002173884 |
| 14 | Info Hash: 1C87841B268422D88C2268C468B9995DCFFCE458<br>File Hash: 3AE13F879643BE74D4781DB10EB99A05370CBEA582ECC39633E21365137FEE49 | 06-01-2021 01:06:35 | Blacked Raw | 02-16-2019 | 03-11-2019 | PA0002158595 |
| 15 | Info Hash: A913010CC1A52DF3AC722D912B514555FDAD4B64<br>File Hash: E01C8945D9DF91147AC85BFC8ECD9BB7F670798BD9B93BC5963C4B51862E567D | 06-01-2021 01:04:27 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 16 | Info Hash: 8A2C71FEFD09910A91223AD479D3B96B3F7B3E30<br>File Hash: ED6058A884F7FEE8CE28813E9282DC27072587B84B9FE787A7A3EF61F7F9CB51 | 05-31-2021 17:15:35 | Blacked Raw | 02-06-2019 | 03-24-2019 | PA0002183207 |
| 17 | Info Hash: 9A99A2B2269A59DFBC14FBC37EA5F20BEAC9BA25<br>File Hash: 8B07E7B1D7E9451D27DDE64EFECD8E18EF92A9A1AC4A37BE6C9A9D1788BA5AFF | 05-31-2021 16:55:05 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |
| 18 | Info Hash: 1AEF9CF697FFABCFA90CE216C4BD5250E2E98023<br>File Hash: 68984CF7724E6CDBC1DBBE961711DEEBAFE12A8E07ED1B6C62B865A4BF3E9FD9 | 05-31-2021 16:54:15 | Blacked Raw | 04-07-2018 | 06-19-2018 | PA0002126641 |
| 19 | Info Hash: C245FAB3384CCDEE471EE6BF59668CD8949DAB46<br>File Hash: A32664A0B9E3788EF4047E6FDF1DDA9A6E0FAC8F7B8CFA7F9225DB7B5BBD834F | 05-31-2021 16:52:03 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 20 | Info Hash: 6FA4566EC402C31050150585E69956DCAAA54528<br>File Hash: EDFAA545B48AB8E2AF06DA371621B1BC1F374BD3B4F25F1B8FF7AF471303E192 | 05-31-2021 00:02:32 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |
| 21 | Info Hash: 9ADA8E7FF7310FD80C6DC5F9B23D3441603D226D<br>File Hash: 9F97826C17C37B8DF6818693ED4F140ED51A3D1099AFB95AAE54DEE169C34515 | 05-05-2021 16:53:46 | Vixen | 02-13-2019 | 03-11-2019 | PA0002158413 |
| 22 | Info Hash: 4023DC135B003352E0D2D9409D7F7E8457141C5D<br>File Hash: BE2D9F6F793B8ACAB4B8D228DC45CFE3443CE115772180E208A8EA2DBC1CE9FA | 05-05-2021 16:19:53 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |
| 23 | Info Hash: D81E50A917BB88DC4F37DD60FC2F0AE300F87820<br>File Hash: AE4D36559FD800767E73AAC69190205B5647D81C1D6840E7E869558077174234 | 05-04-2021 20:44:41 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 52DBCAB7B39058F361707D52D0191BCAB55EB38A<br>File Hash: E12D2277C7893FC16F285BCFC8D659FCD546C0F02E28E864937BC6EAF3E4D90C | 04-09-2021 16:03:34 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 25 | Info Hash: 84FEB874319728389ACFBDD9188FDBF6C57DA75C<br>File Hash: 7A6B52B645BE0D832E6A225667034CB707762BD1CAE234FB660518649DF9ABC0 | 04-09-2021 15:54:27 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 26 | Info Hash: 547F59918808C7DD20DEFBD841F4F140FDB0D2DD<br>File Hash: B5BB34C457E4594F2C2FEEF860DB4EDE3E3C0D710F987129C155729453639A62 | 04-09-2021 15:35:55 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 27 | Info Hash: 4481BC84DD308A6D1D67DA49CAB78D3EE6A11D19<br>File Hash: 97FF68B76A61FFD30ED8CAD3B8E08A125A5B0CE9E6F2BDC82B4432206A5CAC60 | 04-08-2021 22:01:30 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 28 | Info Hash: 5BB2AE2D74EDA8D4C0976E8C20C4EC6694B6F88E<br>File Hash: F0D51AC52F91908891963E1F3778781D5C186C7EE0786F7A46A579FFDD9CDA88 | 04-08-2021 21:41:57 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 29 | Info Hash: DF2D53CF66908BFC66AEF6AF3ED7CB6C925C09F0<br>File Hash: 157CD3631282F68024565C9B15CD5BC6BC6AF1B200D05530A60305AE419E8329 | 04-07-2021 11:11:50 | Vixen | 06-23-2019 | 08-27-2019 | PA0002213299 |